UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
INCORPORATED VILLAGE OF FREEPORT,      Civil Action No.: 2:18-cv-4510

                Plaintiff,

      -against-                                                    **STIPULATION OF**
                                                          **DISCONTINUANCE**

ACE AMERICAN INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by the appearing parties herein that the above-entitled action, together with all cross-claims and counterclaims, be and the same is, hereby discontinued, with prejudice and without costs to any party, and this stipulation may be filed with the Clerk of the Court without further notice.

Dated: Carle Place, New York
       April 22, 2020

| Law Office of Steven Cohn, PC | CONNELL FOLEY, LLP |
|---|---|
| *Mitchell R. Goldklang* | *Aaron H. Gould* |
| By: Mitchell R. Goldklang, Esq. | Aaron H. Gould |
| *Attorneys for Plaintiff* | *Attorneys for Defendant,* |
| *Incorporated Village of Freeport* | *Ace American Insurance Co.* |
| One Old Country Road Suite 420 | One Newark Center |
| Carle Place, New York 11514 | 1085 Raymond Blvd, 19th Floor |
| (516)294-6410 | Newark, New Jersey 07102 |
| | (973)436-5800 |